IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | No. CIV S-06-0649-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOANNE HENDRICKS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2). Plaintiff has not, however, submitted a <u>certified</u> copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Specifically, the trust account statement plaintiff submitted is not certified by an institutional official. Plaintiff will be provided the opportunity to submit a <u>certified</u> copy of his prison trust account statement or the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 11-110.

///

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
2  days of the date of this order, a <u>certified</u> copy of his prison trust account statement, or the
3  appropriate filing fee.

5  DATED: April 5, 2006.

 *[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE