IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS KITCHEN,                               No. CIV S-06-0649-GEB-CMK-P

    Plaintiff,

  vs.                                                    ORDER

JOANNE HENDRICKS, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's first amended complaint (Doc. 8), filed on April 18, 2006.[1] The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

/ / /

/ / /

/ / /

---

[1] Plaintiff's original complaint was filed on March 28, 2006. Plaintiff filed his first amended complaint as of right pursuant to Federal Rule of Civil Procedure 15. Because the first amended complaint supercedes the original complaint, the first amended complaint is currently the operative pleading in this action.

1

1   Plaintiff names the following as defendants: Joanne Hendricks; Asa Hambly; and
2   Padilla.  Plaintiff states that he has a hernia which causes him serious pain and discomfort.
3   Plaintiff alleges that he requested to see a medical expert to determine whether surgery would be
4   effective.  Plaintiff claims that defendants denied his request.
5   The first amended complaint appears to state a cognizable claim for relief
6   pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff
7   has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds
8   that service is appropriate and will direct service by the U.S. Marshal without pre-payment of
9   costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff
10  complies with this order.  Plaintiff is warned that failure to comply with this order may result in
11  dismissal of the action.  See Local Rule 11-110.
12  Accordingly, IT IS HEREBY ORDERED that:
13  1.   Service is appropriate for the following defendant(s):
14       HENDRICKS;
15       HAMBLY; and
16       PADILLA;
17  2.   The Clerk of the Court shall send plaintiff one USM-285 form for each
18  defendant identified above, one summons, an instruction sheet, and a copy of the first amended
19  complaint filed April 18, 2006; and
20  3.   Within 30 days of the date of service of this order, plaintiff shall complete
21  the attached Notice of Submission of Documents and submit the following documents to the
22  court:
23       a.   The completed Notice of Submission of Documents;
24       b.   One completed summons;
25       c.   Three completed USM-285 form(s); and
26

          d.      Four copies of the endorsed first amended] complaint.

DATED: May 22, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS KITCHEN,<br>        Plaintiff,<br>   vs.<br>JOANNE HENDRICKS, et al.,<br>        Defendants.<br>_____/ | No. CIV S-06-0649-GEB-CMK-P |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;
    ____    completed USM-285 form(s); and
    ____    copies of the first amended complaint filed on April 18, 2006.

DATED: _____                     _____
                                                                                                      Plaintiff