IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | No. CIV S-06-0649-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOANNE HENDRICKS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's first amended complaint filed on April 18, 2006. Plaintiff names as defendants Hendricks, Padilla, and Hambly. Because plaintiff's first amended complaint does not name Steve Frank as a defendant, the Clerk of the Court is directed to terminate this individual as a defendant to this case.

IT IS SO ORDERED.

DATED: June 8, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1