IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KITCHEN, | No. CIV S-06-0649-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JOANNE HENDRICKS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's request for subpoena forms (Doc. 44); and (2) plaintiff's request for an order directing defendants to respond to subpoenas (Doc. 45). The requests will be denied. First, the court has not issued any order allowing discovery to proceed in this case and, as such, plaintiff's requests are premature. Second, plaintiff has not indicated the nature of the discovery sought and, therefore, it is impossible for the court to determine whether it would be appropriate to provide plaintiff with subpoena forms. Third, plaintiff has not served his requests on opposing counsel.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's requests (Docs. 44 and
2  45) are denied without prejudice to renewal following issuance of an order allowing discovery.

  DATED: January 14, 2008

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE